IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OLIVER A. PENTINMAKI, JR.,                                    ORDER

               Plaintiff,

                                                        10-cv-325-slc[1]

      v.

Warden DIEDRE MORGAN,
Security Director THELEN, Captain SPROELICH,
Captain BUETTNER, Lt. WINCHELL,
Lt. ALBERTS, Sgt. KELLY, Sgt. HAVENS,
DEBRA LANCE, Dr. JANET WALSH,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Oliver Pentinmaki has filed a motion for reconsideration of the order dated

July 20, 2010, in which I granted him leave to proceed on some claims regarding his

conditions of confinement and dismissed other claims.   Plaintiff's motion is confusing

because it consists primarily of additional allegations regarding the defendants plaintiff is

suing in case no. 10-cv-327-slc, a case that I have not yet screened under 28 U.S.C. § 1915.

Because plaintiff has not shown that the July 20 order contains "a manifest error of law or

---

[1]  I am assuming jurisdiction over this case for the purpose of this order.

1

fact," <u>LB Credit Corp. v. Resolution Trust Corp.</u>, 49 F.3d 1263, 1267 (7th Cir. 1995), the motion will be denied.  However, the clerk of court will be directed to file a copy of the motion in case number 10-cv-327-slc as a supplement to the complaint.


ORDER

IT IS ORDERED that plaintiff Oliver Pentinmaki's motion for reconsideration, dkt. #9, is DENIED.  The clerk of court is directed to docket the motion in case no, 10-cv-327-slc as a supplement to the complaint.

Entered this 30th day of July, 2010.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge